# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JPMorgan Chase Bank, N.A.; Mortgage
Electronic Registration Systems, Inc.;
Washington Mutual Bank; Flagstar Bank FSB,
also known as, FLagstar Bank FSB;

Case No. 10-mc-25 (ADM/JJK)

              Plaintiffs,

v.

William Richards, Debra Richards, and 99
Jane Does,

              Defendants,

Michael Joseph Kearns, William Richards, and
Debra Richards,

**ORDER**

              Counter Claimants,

v.

Flagstar Bank FSB; Mortgage Electronic
Registration Systems, Inc.; Washington Mutual
Bank; and 99 John Does;

              Counter
              Defendants.

Michael Joseph Kearns, C/O William Richards, 514 140th Ave NE, Ham Lake, MN, 55304, *pro se*.

Bryant D Tchida, Esq., and Peter J Schwingler, Esq., Leonard Street and Deinard, PA , counsel for Plaintiffs and Counter Defendants JP Morgan Chase Bank, Mortgage Electronic Registration Systems, Inc., and Washington Mutual Bank.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 20, 2010. No objections[1] have been filed to that Report and Recommendation in the time period permitted. Based upon the Report

---

[1] Michael Kearns' filing of a "Suitor's Notice if Rejection of Order of Remand, and Notice of Removal Court of Record" [Document No. 22] is not deemed to be an Objection to the Report & Recommendation. The document states "this matter will be considered by Michael Joseph Kearns one Supreme Court."

and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Washington Mutual Bank's Motion to Remand (Doc. No. 10), is **GRANTED** and

2. The cases purportedly removed by this action is **REMANDED** to the Anoka County Court.

Dated: August 6, 2010                    s/Ann D. Montgomery

                                                                               Ann D. Montgomery
                                                                               United States District Judge